BENAVIDES, Circuit Judge,
specially concurring:
I concur in the majority opinion in most respects. In particular, I agree that, under Ratliff v. City of Gainesville, 256 F.3d 355, 360-61 (5th Cir.2001), the district court erred by refusing to instruct the jury on permissive pretext. I also agree that, because that error was harmless on the facts of this case, we must affirm the judgment of the district court.
However, I do not join the majority opinion’s criticism of Ratliff or its call for en banc review of that decision. First, I am not convinced that Ratliff’s reasoning is incorrect. More importantly, because we have determined that the error in this case was harmless, the majority’s critique of Ratliff is unnecessary. For the same reason, this case is not a suitable vehicle for us to reconsider Ratliff en banc. I would not urge en banc review and the expenditure of time and resources that review would entail.